# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LINDA REED,**

        Plaintiff,

    v.                        CASE NO.  **14–C–330**

**COLUMBIA ST. MARY'S HOSPITAL,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the plaintiff's claims for failure to accommodate, discrimination, and retaliation pursuant to the Americans With Disabilities Act and the Rehabilitation Act, and her civil rights claims under 42 U.S.C. § 1983, all arising from her March 8-12, 2012 hospitalization, are DISMISSED for lack of jurisdiction.

        This action is hereby **DISMISSED.**

July 2, 2014
Date

**JON W. SANFILIPPO**
Clerk

*s/ Cary Biskupic*
(By) Deputy Clerk