# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

2014 JUL 18 A 11:01

| | |
|---|---|
| LINDA REED | |
| Plaintiff, | |
| | NOTICE OF APPEAL |
| v. | |
| COLUMBIA ST. MARY'S | Case No. 14-c- 0330 |
| Defendant. | |

Notice is given that the plaintiff/defendant, <u>LINDA REED</u>, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on <u>JULY 2, 2014</u>.

Dated and signed this <u>17</u> day of <u>JULY</u>, <u>2014</u>.

<u>MILWAUKEE</u>, Wisconsin.

(Signature)

9940 WEST FOND DU LAC AVENUE

(Street Address)

MILWAUKEE, WI 53224

(City, State, Zip)

# UNITED STATES COURT
# EASTERN DISTRICT OF WISCONSIN

LINDA REED,

    PLAINTFF,

2014 JUL 18 A 11:01

V.     CASE NO. 14-C-0330

COLUMBIA ST. MARY'S HOSPITAL,

    DEFENDANT.

## CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that on JULY 17, 2014 I deposited in the Post Office in the City of MILWAUKEE, State of WISCONSIN.

Securely enclosed in a sealed envelope, a true and correct copy of:

### PLAINTIFF'S NOTICE OF APPEAL

To: Eastern District of Wisconsin Federal Courthouse

Federal Courthouse 517 East Wisconsin Avenue

517 East Wisconsin Avenue Milwaukee, WI 53202

Milwaukee, WI 53202

COLUMBIA ST. MARY'S HOSPITAL
ATTN: DONNA TAYLOR
    2301 NORTH LAKE DRIVE
    MILWAUKEE, WI 53224

Dated: 7/17/2015
Signature *[signed] Linda Reed*

Printed Name LINDA REED PRO SE

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LINDA REED,**

      Plaintiff,

      v.                               CASE NO. **14–C–330**

**COLUMBIA ST. MARY'S HOSPITAL,**

      Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's claims for failure to accommodate, discrimination, and retaliation pursuant to the Americans With Disabilities Act and the Rehabilitation Act, and her civil rights claims under 42 U.S.C. § 1983, all arising from her March 8-12, 2012 hospitalization, are DISMISSED for lack of jurisdiction.

This action is hereby **DISMISSED.**

July 2, 2014                                                       JON W. SANFILIPPO
Date                                                                              Clerk

                                                                             *s/ Cary Biskupic*
                                                                             (By) Deputy Clerk