# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LINDA REED,**

    Plaintiff,

-vs-                                Case No. 14-C-330

**COLUMBIA ST. MARY'S HOSPITAL,**

    Defendant.

# DECISION AND ORDER

A scheduling conference is set in this matter for September 22, 2015. The Defendant, Columbia St. Mary's Hospital ("Columbia"), and Plaintiff Linda Reed ("Reed") seek an adjournment until Reed's motion to file a First Amended Complaint is decided. There is no need to do so.

As a part of its scheduling conferences, the Court routinely sets a deadline ranging from 30 to 60 days from the conference's date by which any party may file amended pleadings and add parties. Therefore, the Court will grant Reed's motion to amend and direct the Clerk of Court to file the proposed First Amended Complaint. (ECF No. 34-2). To accommodate the new filing, this Court will require that Columbia's response to the amended Complaint be filed by September 14, 2015, *see* Fed. R. Civ. P. 15(a)(3), and allow the report of the parties' Rule 26(f)

conference (described in the Court's July 23, 2015, letter) to be filed no later than September 18, 2015.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Reed's motion to amend her Complaint (ECF No. 34) is **GRANTED**;

The Clerk of Court is **DIRECTED TO FILE** Reed's First Amended Complaint (ECF 34-2.)

Columbia's response to the amended Complaint **MUST BE FILED by September 14, 2015**; and

The report of the parties' Rule 26(f) conference **MUST BE FILED no later than September 18, 2015.**

Dated at Milwaukee, Wisconsin, this 4th day of September, 2015.

BY THE COURT:

*Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**