Re: Case No. 14-CV-330

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

LINDA REED,

        Plaintiff,

v.                                                                                        Case No. 14-CV-330

COLUMBIA ST. MARY'S HOSPITAL,

        Defendant.
_____

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**
_____

IT IS HEREBY STIPULATED by and between the below-referenced parties, by their respective attorneys, that the September 23, 2015 scheduling order be amended as follows:

- The deadline for the defendant to disclose any expert witness, as set forth in paragraph 6 of the scheduling order, is amended from April 29, 2016 to June 13, 2016; and

- The deadline for the plaintiff to disclose any rebuttal witness, as set forth in paragraph 7 of the scheduling order, is amended from May 31, 2016 to July 13, 2016.

An order to that effect may be entered herein without further notice or hearing.

                                        **ATTORNEY BARNES LLC**

Dated: May 4, 2016           *s/ Priya Barnes*
                                       Priya Barnes (#1072653)
                                       Attorneys for plaintiff

1

Re: Case No. 14-CV-330

**GUTGLASS, ERICKSON, BONVILLE
& LARSON, S.C.**

Dated: May 4, 2016      *s/Bradley S. Foley*
                        Kathleen E. Bonville (#1003898)
                        Bradley S. Foley (#1026871)
                        Attorneys for Defendant Columbia St. Mary's Hospital

**ORDER**

Upon the above and foregoing stipulation,

IT IS ORDERED that the September 23, 2015 scheduling order is amended as follows:

- The deadline for the defendant to disclose any expert witness, as set forth in paragraph 6 of the scheduling order, is amended from April 29, 2016 to June 13, 2016; and

- The deadline for the plaintiff to disclose any rebuttal witness, as set forth in paragraph 7 of the scheduling order, is amended from May 31, 2016 to July 13, 2016.

Dated at Milwaukee, Wisconsin, this _____ day of _____, 2016.

BY THE COURT:

_____
Honorable Rudolph T. Randa
Senior District Judge

Drafted by:
Attorney Bradley S. Foley
Gutglass, Erickson, Bonville & Larson, S.C.
735 North Water Street, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 273-1144
bradley.foley@gebsc.com