| Client | Trans Date | Tmk | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 171401.000 Ascension Health | | | | | | | | |
| 171401 | 10/12/2015 | 3 | A | L110 E102 | | 8.35 | Outside printing HealthPort regarding Linda Reed from Aurora Sinai Medical Center | ARCH |
| 171401 | 12/22/2015 | 3 | A | L110 E102 | | 67.26 | Outside printing iod incorporated medical records regarding Linda Reed from Wheaton Franciscan Medical Group - Tosa. | ARCH |
| 171401 | 12/24/2015 | 3 | A | L110 E102 | | 100.91 | Outside printing HealthPort medical records regarding Linda Reed from Aurora Psychiatric Hospital | ARCH |
| 171401 | 12/30/2015 | 3 | A | L110 E102 | | 230.78 | Outside printing Aurora Advanced Healthcare regarding Linda Reed | ARCH |
| 171401 | 01/05/2016 | 3 | A | L110 E102 | | 51.32 | Outside printing Wheaton Franciscan Healthcare-Elmbrook regarding Linda Reed. | ARCH |
| 171401 | 01/06/2016 | 3 | A | L110 E102 | | 89.77 | Outside printing HealthPort regarding Linda Reed from Aurora Behavioral Health. | ARCH |
| 171401 | 01/14/2016 | 3 | A | L110 E102 | | 120.4 | Outside printing WF-St. Joseph Campus regarding Linda Reed. | ARCH |
| Total for Client ID 171401.000 | | | | | Billable | 668.79 | Ascension Health Reed v. CSM | |

| | | | |
|---|---|---|---|
| **HealthPort** |  | Invoice #: | 0178511576 |
| P.O. Box 409740 | **INVOICE** | Date: | 10/12/2015 |
| Atlanta, Georgia 30384-9740 | | Customer #: | 779295 |
| Fed Tax ID 58 - 2659941 | | | |
| (770) 754 - 6000 | | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DEBRA L POPE<br>GUTGLASS ERICKSON ET AL<br>735 N WATER ST<br>STE 1400<br>MILWAUKEE, WI 53202-4106 | DEBRA L POPE<br>GUTGLASS ERICKSON ET AL<br>735 N WATER ST<br>STE 1400<br>MILWAUKEE, WI 53202-4106 | AURORA SINAI MEDICAL CENTER<br>945 NORTH 12TH STREET<br>MILWAUKEE, WI 53233 |

**Requested By:** GUTGLASS ERICKSON ET AL  
**Patient Name:** REED LINDA  
**FILE NUMBER:** 1714 01

OCT 19 2015

Gutglass, Erickson, Bonville & Larson, S.C.

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 7.20 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Shipping | | | 0.71 |
| Subtotal | | | 7.91 |
| Sales Tax | | | 0.44 |
| Invoice Total | | | 8.35 |
| Balance Due | | | 8.35 |

Pay your invoice online at www.HealthPortPay.com

**Terms: Net 30 days**          Please remit this amount : $ 8.35 (USD)

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**
Vendor: HealthPort

45000

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 10/12/15 | L. Reed from Aurora Sinai Medical Center File 171401 | 0178511576 | 8.35 | | 8.35 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 10/28/15 | 45000 | 8.35 | 0.00 | 8.35 |

PRODUCT DLM252   USE WITH 91500 ENVELOPE



# INVOICE

**Invoice #:** 34593074

**Inv. Date:** 12/22/2015
**Due Date:** 1/1/2016
**Terms:** Net 10



**GUTGLASS ERICKSON BONVILLE & LAR**
DEBRA L POPE
735 N WATER ST STE 1400

MILWAUKEE, WI 53202-4106

**Patient:** REED, LINDA
**Account #:** 552027
**Claim/File #:** 1714.01/ 14CV330

Shipping:
735 N WATER ST STE 1400

MILWAUKEE, WI 53202-4106

DEC 2 3 2015
Gutglass, Erickson, Bon.
& Larson, S.C.

**Facility: WHEATON FRANCISCAN MEDICAL GROUP - TOSA**    Rec Location: CAPITOL

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 36 | 36 | $0.00 | $0.00 |
| Retrieval Fee $21.13 | 1 | $21.13 | $21.13 |
| Certification Charge | 1 | $8.45 | $8.45 |
| Copy Charge $1.07 Per Page, Pages 1-25 | 25 | $1.07 | $26.75 |
| Copy Charge $0.79 Per Page, Pages 26-50 | 11 | $0.79 | $8.69 |

|  |  |  |
|---|---|---|
| Product Total: | $ 65.02 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 2.24 | |
| Grand Total: | $ 67.26 | |
| Credits/Payments: | $ 0.00 | |
| **Amount Due:** | **$ 67.26** | |

**Please Note:** This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Page 1 of 2**



41544079_34593074                                                                 273

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**  45270

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| iod incorporated | | | | | |
| 12/22/15 | Med Recs L. Reed from Wheaton Franciscan Tosa File 171401 | 34593074 | 67.26 | | 67.26 |

| CHECK DATE | CONTROL NUMBER | | | | |
|---|---|---|---|---|---|
| 01/21/16 | 45270 | TOTALS ▶ Gross: 67.26 | Ded: 0.00 | Net: 67.26 | |

| HealthPort |  **HealthPort** | Invoice #: 0183294506 |
| --- | --- | --- |
| P.O. Box 409740 | **INVOICE** | Date: 12/24/2015 |
| Atlanta, Georgia 30384-9740 | | Customer #: 779295 |
| Fed Tax ID 58 - 2659941 | | |
| (770) 754 - 6000 | | |

| Ship to: | Bill to: | Records from: |
| --- | --- | --- |
| DEBRA POPE | DEBRA POPE | AURORA PSYCHIATRIC HOSPITAL |
| GUTGLASS ERICKSON ET AL | GUTGLASS ERICKSON ET AL | 1220 DEWEY AVENUE |
| 735 N WATER ST | 735 N WATER ST | WAUWATOSA, WI 53213 |
| STE 1400 | STE 1400 | |
| MILWAUKEE, WI 53202-4106 | MILWAUKEE, WI 53202-4106 | |

**Requested By:** GUTGLASS ERICKSON ET AL  **DOB:** 101852
**Patient Name:** REED LINDA

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 21.13 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 25 | 0.79 | 19.75 |
| Per Page Copy (Paper) 3 | 25 | 1.07 | 26.75 |
| Per Page Copy (Paper) 1 | 36 | 0.53 | 19.08 |
| Shipping | | | 5.75 |
| Certification Fee | | | 8.45 |
| Subtotal | | | 100.91 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 100.91 |
| Balance Due | | | 100.91 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 100.91 (USD)**

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**
Vendor: HealthPort

45243

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 12/24/15 | L. Reed from Aurora Psychiatric Hospital File 171401 | 0183294506 | 100.91 | | 100.91 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/06/16 | 45243 | 100.91 | 0.00 | 100.91 |

PRODUCT DLM252    USE WITH 91500 ENVELOPE


# Aurora Health Care

PO Box 090996
Milwaukee, WI 53209-0996
Phone (414)-979-4590
Fax (414) 979-2702



DEC 8 2015

Gutglass, [illegible] Coronelly
& Larson, S.C.

**RELEASE OF INFORMATION INVOICE**

12/28/15

Patient: Reed,Linda
Requested by:
Erickson Gutglass
735 N Water St, Ste 1400
Milwaukee, Wisconsin 53202-4267

Invoice Number: 147645
Billing Date: 12/28/2015

| Number of Paper Pages | 578 | |
|---|---|---|
| Sub Total | | $221.18 |
| Postage | | $0.00 |
| Shipping And Handling | | $9.60 |
| **Amount Due** | | **$230.78** |

**Please include a copy of the invoice with payment**

Patient: Reed,Linda
MRN: 509307

Requested by: Erickson Gutglass
Invoice Number: 147645
**Amount Due: $ 230.78**

Send payment to:
Aurora Health Care
ATTN: Medical Records-Release of Information
P.O. Box 090996
Milwaukee, WI 53209-0996
TIN 39-1595302

PREPAY

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**
Vendor: Aurora Advanced Healthcare

45232

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 12/28/15 | Medical Records L. Reed File 171401 | 147645 | 230.78 | | 230.78 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/04/16 | 45232 | 230.78 | 0.00 | 230.78 |

PRODUCT DLM252  USE WITH 91500 ENVELOPE


# Wheaton Franciscan
## Elmbrook Memorial Campus

**PRE-BILL**
RELEASE OF INFORMATION

WF – Elmbrook Memorial Campus
19333 W. North Avenue
Brookfield, WI 53045
Phone: (414) 447-3789
Tax ID# 39-0816857

Date: January 05, 2016
Request ID: 179238
Total Pages Released: 20

BILL TO: GUTGLASS, ERICKSON, BONVILLE AND LARSON
735 N WATER ST
STE 1400
MILWAUKEE, WI 53202-4267

**For Producing Copies of Medical Records for:**

| Patient Name: | MRN: |
|---|---|
| REED, LINDA | 433150 |

| Billing Tiers/Fee Types | Pages | Totals |
|---|---|---|
| Standard | 20 | $20.80 |
| Certification Fee | - | $8.26 |
| Processing Fee | - | $20.65 |
| | SALES TAX: | $0.00 |
| | SHIPPING: | $1.61 |
| | SUBTOTAL: | $51.32 |
| | ADJUSTMENTS/PAYMENTS: | $0.00 |
| | **BALANCE DUE:** | $51.32 |

---------------------------------PLEASE RETURN LOWER PORTION WITH PAYMENT---------------------------------

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**
Vendor: Wheaton Franciscan Healthcare-Elmbrook

45249

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 01/05/16 | Medical Records - L. Reed File 171401 | 179238 | 51.32 | | 51.32 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 01/11/16 | 45249 | 51.32 | 0.00 | 51.32 |

PRODUCT DLM252   USE WITH 91500 ENVELOPE

| | | | |
|---|---|---|---|
| HealthPort<br>P.O. Box 409740<br>Atlanta, Georgia 30384-9740<br>Fed Tax ID 58 - 2659941<br>(770) 754 - 6000 |  **HealthPort.**<br>INVOICE | Invoice #: 0183958756<br>Date: 1/6/2016<br>Customer #: 779295 | |

**Ship to:**
DEBRA POPE
GUTGLASS ERICKSON ET AL
735 N WATER ST
STE 1400
MILWAUKEE, WI 53202-4106

**Bill to:**
DEBRA POPE
GUTGLASS ERICKSON ET AL
735 N WATER ST
STE 1400
MILWAUKEE, WI 53202-4106

**Records from:**
ABHC BUILDING 2
1220 DEWEY AVE BLDG 2
WAUWATOSA, WI 53213

**Requested By:** GUTGLASS ERICKSON ET AL
**Patient Name:** REED LINDA
**DOB:** 101852

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 770-754-6000. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 21.13 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 25 | 0.79 | 19.75 |
| Per Page Copy (Paper) 3 | 25 | 1.07 | 26.75 |
| Per Page Copy (Paper) 1 | 19 | 0.53 | 10.07 |
| Shipping | | | 3.62 |
| Certification Fee | | | 8.45 |
| Subtotal | | | 89.77 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 89.77 |
| Balance Due | | | 89.77 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 89.77 (USD)**

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**

45268

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------------|-----------|------------|
| HealthPort | | | | | |
| 01/06/16 | L. Reed from ABHC Building 2 File 171401 | 0183958756 | 89.77 | | 89.77 |

| CHECK DATE | CONTROL NUMBER | | | | |
|------------|----------------|--|--|--|--|
| 01/21/16 | 45268 | TOTALS ▶ Gross: 89.77 | Ded: 0.00 | Net: 89.77 | |



**Wheaton Franciscan
St. Joseph Campus**

WF - St. Joseph Campus
5000 West Chambers Street
Milwaukee, WI 53210
Phone: (414) 447-3789
Tax ID# 39-0816857

# PRE-BILL
RELEASE OF INFORMATION

Date: January 11, 2016
Request ID: 179241
Total Pages Released: 154

BILL TO: GUTGLASS, ERICKSON, BONVILLE AND LARSON
735 N WATER ST
STE 1400
MILWAUKEE, WI 53202-4267

For Producing Copies of Medical Records for:

| Patient Name: | MRN: |
|---|---|
| REED, LINDA | 216977 |

| Billing Tiers/Fee Types | Pages | Totals |
|---|---|---|
| Standard | 154 | $87.99 |
| Certification Fee | - | $8.26 |
| Processing Fee | - | $20.65 |
| | SALES TAX: | $0.00 |
| | SHIPPING: | $3.50 |
| | SUBTOTAL: | $120.40 |
| | ADJUSTMENTS/PAYMENTS: | $0.00 |
| | BALANCE DUE: | $120.40 |

---------PLEASE RETURN LOWER PORTION WITH PAYMENT---------

**GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**

45297

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | WF-St. Joseph Campus | | | | |
| 01/11/16 | Med Recs L. Reed File 171401 | 179241 | 120.40 | | 120.40 |

| CHECK DATE | CONTROL NUMBER | | | | | |
|---|---|---|---|---|---|---|
| 01/21/16 | 45297 | TOTALS ▶ Gross: | 120.40 | Ded: 0.00 | Net: | 120.40 |