

**Gutglass Erickson Bonville&Larson** s.c.
A LIMITED LIABILITY ORGANIZATION

BRADLEY S. FOLEY
bradley.foley@gebsc.com

writer's direct: 414-908-0240

May 6, 2019

**Via EFS**

Honorable Lynn Adelman
United States Courthouse
Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    Reed v. CSM
            Case No: 14-CV-330
            Our File No: 1714.01

Dear Judge Adelman:

       We represent defendant Columbia St. Mary's Hospital (CSM) in the above case. At the April 9, 2019 status conference, the parties advised the Court of the status of settlement negotiations. Also discussed was perhaps referring this case to a magistrate judge to conduct settlement negotiations. Although the parties have continued to proceed with settlement negotiations after the status conference, CSM believes a magistrate judge may be helpful to assist with the negotiations. As a result, CSM respectfully requests the Court refer this case to a magistrate judge to conduct settlement negotiations.

       Thank you for your consideration of this matter.

                              Very truly yours,

                              *Electronically signed by Bradley S. Foley*
                              Bradley S. Foley

BSF/cgs

cc:    Linda Reed (via email and U.S. Mail)