# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LINDA REED,**
       **Plaintiff,**

    **v.**                                                                    **Case No. 14-C-330**

**COLUMBIA ST. MARY'S HOSPITAL,**
       **Defendant.**

## ORDER

At my request, Attorney Robert (Rock) Theine Pledl of Davis & Pledl, S.C., 1433 N. Water Street Suite 400, Milwaukee, Wisconsin, 53202, has agreed to represent plaintiff Linda Reed, on a volunteer basis, for the limited purpose of representing her during mediation and during any settlement negotiations that precede the mediation. The volunteer representation by Mr. Pledl is contingent on Reed signing and returning the enclosed agreement. As the agreement states, Attorney Pledl's representation is limited to the mediation or settlement discussions preceding the mediation. Attorney Pledl's representation will automatically terminate upon the mediation's conclusion, regardless of the outcome.

The court **ORDERS** that on or before **May 24, 2019**, Reed must sign and return the enclosed agreement if she wishes to proceed with counsel during the mediation at no charge to her.

The clerk's office will mail a copy of this order to have Attorney Robert (Rock) Theine Pledl of Davis & Pledl, S.C., 1433 N. Water Street Suite 400, Milwaukee, Wisconsin, 53202.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2019.

s/Lynn Adelman\
LYNN ADELMAN\
United States District Judge