UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED

OCT 18 2019

11:59 PM
AFTER HOURS

Linda Reed, pro se
5752 North Dexter Avenue
Glendale, Wisconsin 53209
LindaREED1018@sbcglobal.net

October 20, 2019

Dear Honorable Magistrate Judge Callahan or Judge Adelman:

RE: <u>Case 14-cv-330 Reed v. Columbia St. Mary's Hospital</u>

My name is Linda Reed. This case has been back and forth between this court and appeal court. The appeal's court issued a reverse and remand. This court appointed Attorney Robert (Rock) Theine Pledl to this case and mediation. Attached is the only communication regarding what is going on in my case sent to me.

There has been no attempt to settle this case, no offers. I have not been advised of what the Attorney lawyer was planning to do, especially turning over materials that were sensitive to me. He met with me ajust prior to September 10, 2019. meeting with this court and Attorney Foley. He had no plan in August and has no plan today.

I do not believe that Attorney Robert (Rock) Theine Pledl is working in my best interest. I have already experienced bad faith negotiations with CSM. Anything that was discussed with CSM before the appeal's court entered its order is void and confidential.

The trust between Attorney Pledl and I is broken. This is not my first attempt to reserve a relationship with Attorney Pledl. He told me that he doesn't get paid for representing me in this case. Whether or not he gets paid, I expect the same level of excellent service that is warranted to a paid customer.

<u>RELIEF SOUGHT</u>. Withdraw Pledl from this case of "public interest." Appoint me an attorney who will work in my best interest. An attorney who will not wait until the last minute to contact me. An attorney who will honor my request for accommodations for my disabilities; one who will not exacerbate my disabilities.

To be transparent, before the appeal court entered its order, a law firm in Madison, Wisconsin agreed to represent me in this case. However, their fees are very high. They were willing to try and settle if they could not settle they were willing to prepare for trial. I tried to negotiate with Foley before this court-appointed Pledl to no avail.

I need to get clarity.

Respectfully,

Linda Reed

emailed: AttorneyTheine Pledl