UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

LINDA REED,

           Plaintiff,

v.                                    Case No. 2:13-cv-00330-LA

COLUMBIA ST. MARY'S HOSPITAL,

           Defendant.

---

## STIPULATION FOR DISMISSAL

---

IT IS HEREBY STIPULATED by and between Plaintiff Linda Reed and Defendant Columbia St. Mary's Hospital, by its attorneys, the law firm of Gutglass, Erickson, Larson & Schneider, S.C., by Attorney Bradley S. Foley, that this case be dismissed in its entirety with prejudice, upon the merits, and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

*[signature]*
Linda Reed
Dated: February 20, 2020

c/o Atty. William F. Sulton
Suite 520
219 N Milwaukee Street
Milwaukee, WI 53202
414-935-5490 (direct)
414-778-0700 (main)
wsulton@gtwlawyers.com

| *Electronically signed by* | *Electronically signed by* |
| --- | --- |
| *William F. Sulton* | *Bradley S. Foley* |
| William F. Sulton | Bradley S. Foley |
| Dated: February 28, 2020. | Dated: February 28, 2020. |

Gingras Thomsen & Wachs LLP
Suite 520
219 N Milwaukee Street
Milwaukee, WI 53202
414-935-5490 (direct)
414-778-0700 (main)
wsulton@gtwlawyers.com

Gutglass, Erickson, Larson & Schneider, S.C.
Suite 1400
735 N Water Street
Milwaukee, WI 53202
414-273-1144
bradley.foley@gebsc.com